450 A.2d 202

Sanzo v. O'Hara, et al., Appellants.

Argued January 5, 1982. Robert Joseph Borthwick, for appellants; John Joseph Cerra, submitted a brief on behalf of appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

The order of the court is affirmed.

August 20, 1982.

450 A.2d 202

Anderson v. Mason, Appellant.

Submitted June 8, 1982. John Michael Stott, for appellant; Raymond C. Schlegel, for appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Decree affirmed.